**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Feb 21, 2024

Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

AO ___     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| **V.** | |
| Smith, Mustafah Ahmed | Case Number: 4:16-cr-00278-11-KGB |
| | USM Number: 32405-009 |
| **Date of Original Judgment:**  1/29/2020 | Leslie Borgognoni |
| **(Or Date of Last Amended Judgment)** | Defendant's Attorney at Sentencing |

Upon motion of  ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of
         70      months is reduced to  63 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to
Departure/Variance/Rule 35): 25              Amended Offense Level: 25
         Criminal History Category: III              Criminal History Category: II
Previous Guideline Range: 70    to 87    months    Amended Guideline Range: 63    to 78    months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
     at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated  1/29/2020  shall remain in effect.

**IT IS SO ORDERED.**

February 20, 2024
Order Date

February 1, 2024
Effective Date (if delayed)

Kristine G. Baker
Signature of Judge

U.S. District Judge Kristine G. Baker
Name and Title of Judge